# Exhibit A

IN THE CIRCUIT COURT
IN AND FOR ESCAMBIA COUNTY, FLORIDA

JEFFERSON DUMAS,

    Plaintiff,                                                   2023 CA 000541

v.                                                       Case No.:_____

EXXON MOBIL CORPORATION,

    Defendant.
_____/

## PLAINTIFF'S COMPLAINT

COMES NOW Plaintiff, JEFFERSON DUMAS, by and through undersigned counsel, and sues Defendant, EXXON MOBIL CORPORATION, and alleges:

1. This is an action for damages in excess of Fifty Thousand ($50,000.00) Dollars, exclusive of costs and interest.

2. At all times material hereto, Defendant, Exxon Mobil Corporation was and is a Foreign Profit Corporation authorized to conduct business in the State of Florida.

3. Upon info and belief Defendant, Exxon Mobil Corporation, operated and maintained the facilities know as Exxon Mobil Chemical located at 3000 Old Chemstrand Road, Pensacola, Florida.

4. On or about October 14, 2020, Plaintiff, Jefferson Dumas was a business invitee lawfully upon the premises located at 3000 Old Chemstrand Road.

5. At some time prior to or on October 14, 2020, an employee and/or agent of Defendant, Exxon Mobil Corporation, loaded materials into a semi-trailer within the above premises in the course and scope of their employment and/or agency with Exxon Mobil Corporation, or at the direction of Exxon Mobil Corporation.

6. At the time and place, an employee and/or agent of Defendant, Exxon Mobil Corporation, transported, loaded, and/or stacked merchandise in a negligent and unsafe manner. Plaintiff opened the trailer door, and the negligently stacked and secured boxes fell and struck Plaintiff, causing serious and permanent injury.

7. Defendant, Exxon Mobil Corporation, is vicariously responsible for the negligence of its employees and/or agents.

8. As a result of the aforementioned negligence, Plaintiff, Jefferson Dumas, suffered bodily injury, resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing in nature and Plaintiff will continue to suffer losses in the future.

WHEREFORE, Plaintiff, JEFFERSON DUMAS, demands judgment against Defendant, EXXON MOBIL CORPORATION, for damages in excess of the Court's jurisdictional limits, exclusive of costs, interest and attorneys' fees, and further demands trial by jury.

DATED this the 20th day of March, 2023.

*/s/Kelly D. Murphy*
KELLY D. MURPHY
Florida Bar No.: 59375
MARCUS J. MICHLES II
Florida Bar No.: 623806
MICHLES & BOOTH, P.A.
501 Brent Lane
Pensacola, FL 32503
(850) 438-4848 Telephone
(850) 437-5556 Facsimile
Primary: courtdocs@michlesbooth.com
Secondary: filing@michlesbooth.com
*Counsel for Plaintiff*

2

IN THE CIRCUIT COURT
IN AND FOR ESCAMBIA COUNTY, FLORIDA

JEFFERSON DUMAS,

    Plaintiff,

v.                                              Case No.:_____

EXXON MOBIL CORPORATION,

    Defendant.
_____/

## PLAINTIFF'S COUNSEL'S DESIGNATION OF EMAIL ADDRESSES

Plaintiff's counsel, Kelly D. Murphy, of the firm Michles & Booth, P.A., pursuant to Fla. R. Jud. Admin. 2.516(b)(1)(A), hereby designates the following primary and secondary email addresses for email service of pleadings and documents in the above referenced case:

    Primary email address:           courtdocs@michlesbooth.com

    Secondary email address:      filing@michlesbooth.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy hereof has been served upon Defendant, along with Plaintiff's Complaint by a duly licensed and authorized process server.

                                                        /s/Kelly D. Murphy
                                                        KELLY D. MURPHY
                                                        FL Bar No.: 0059375
                                                        MARCUS J. MICHLES II
                                                        FL Bar No.: 623806
                                                        MICHLES & BOOTH, P.A.
                                                        501 Brent Lane
                                                        Pensacola, FL 32501
                                                        (850) 438-4848 Telephone
                                                        (850) 437-5556 Facsimile
                                                        Primary: courtdocs@michlesbooth.com
                                                        Secondary: filing@michlesbooth.com
                                                        *Counsel for Plaintiff*

IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA

JEFFERSON DUMAS
    PLAINTIFF,

Vs.
                                          CASE NO:   **2023 CA 000541**
                                          DIVISION:  **F-CIVIL**

EXXON MOBIL COPORATION
    DEFENDANT,

## SUMMONS

**THE STATE OF FLORIDA:**
**To Each Sheriff of the State:**

**YOU ARE COMMANDED** to serve this summons and a copy of the complaint in the above styled cause upon the defendant **EXXON MOBIL COPORATION C/O RA CORPORATION SERVICE COMPANY 1201 HAYS STREET TALLAHASSEE, FL 32301**

Each defendant is hereby required to serve written defenses to said complaint on
    plaintiff's attorney(s), whose address is

    **KELLY D MURPHY**
    **MICHLES & BOOTH PA**
    **501 BRENT LN**
    **PENSACOLA, FL 32503**

within **20 days** after service of this summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on said attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the complaint.

Witness, my hand and the seal of this Court on this **23rd day of March, 2023**
PAM CHILDERS
CLERK OF THE CIRCUIT COURT
By: _Cheri L. [signature]_
    Deputy Clerk

\* Except when suit is brought pursuant to Section 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to Section 768.28, Florida Statutes, the time to be inserted is 30 days.

CASUM2053P

IN THE CIRCUIT COURT IN AND FOR ESCAMBIA COUNTY, FLORIDA
CIVIL DIVISION

**JEFFERSON DUMAS**
    Plaintiff,                                         CASE NO.:     **2023 CA 000541**

VS.                                                            DIVISION:     **F-CIVIL**

**EXXON MOBIL COPORATION**
    Defendant(s),

**AMENDED ORDER TO PLAINTIFF REGARDING REQUIRED REPORTING**

THIS CAUSE, having come before the Court *sua sponte* upon the filing of this action and pursuant to First Judicial Circuit Administrative Order No. 2021-12, it is hereby,

ORDERED and ADJUDGED that the Plaintiff **shall** do the following:

1. Review and become familiar with First Judicial Circuit Administrative Order No. 2021-12 (Civil Case Management Plan).

2. Within 5 days of service of the complaint on the last of all named Defendants file a Notice of Final Service with the Court that includes the following:
   a. Notice that the last of all named Defendants to be served has been served and the date of said service.
   b. A proposal as to whether the case is complex under Fla. R. Civ. P. 1.201, streamlined, or general as defined in First Judicial Circuit Administrative Order No. 2021-12 and a statement as to whether the Defendant concurs in the proposed designation.

3. Upon filing the Notice of Final Service required in paragraph 2, the Plaintiff shall also send a copy of said Notice to the **assigned** Judge's Judicial Assistant via the Proposed Documents function of the ePortal.

4. Failure of the Plaintiff to strictly comply with this Order shall subject the Plaintiff to appropriate sanctions including, but not limited to, the striking of pleadings or dismissal of this action without prejudice.

**DONE AND ORDERED** in Chambers at Pensacola, Florida this 4th day of August, 2021

                                                                                        **/s/ Jan Shackelford**
                                                                                  JAN SHACKELFORD
                                                                              ADMINISTRATIVE JUDGE
                                                                                   ESCAMBIA COUNTY

IN THE CIRCUIT COURT
IN AND FOR ESCAMBIA COUNTY, FLORIDA

JEFFERSON DUMAS,

    Plaintiff,

v.                                     Case No.: 2023 CA 000541

EXXON MOBIL CORPORATION,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF FINAL SERVICE & CASE CLASSIFICATION

COMES NOW Plaintiff, JEFFERSON DUMAS, by and through the undersigned counsel, and pursuant to Florida First Judicial Circuit Court Administrative Order No.: 2021-12, Plaintiff hereby notifies this Court that, service on all named Defendants in this cause is complete (see Exhibit A, attached) and a case management order may be prepared.

Furthermore, Plaintiff's counsel is unaware of who Defense counsel are at this time. However, the undersigned believes this case may be classified as general case.

Submitted this the 17th day of May, 2023.

Kelly D. Murphy
FL Bar No.: 59375
MARCUS J. MICHLES II
FL Bar No.: 623806
MICHLES & BOOTH, P.A.
501 Brent Lane, Pensacola, FL 32503
Telephone:  (850) 438-4848
Facsimile:   (850) 437-5556
Attorneys for Plaintiff
Primary Designated Email Address:
courtdocs@michlesbooth.com
Secondary Designated Email Address:
filing@michlesbooth.com

## RETURN OF SERVICE

State of Florida        County of Escambia        Circuit Court

Case Number: 2023 CA 000541

Plaintiff/Petitioner:
**JEFFERSON DUMAS**

vs.

Defendant/Respondent:
**EXXON MOBIL CORPORATION**

For:
Kelly D. Murphy
MICHLES & BOOTH, P.A.
501 Brent Lane
Pensacola, FL 32503

Received by Thornton Process Service on the 15th day of May, 2023 at 10:30 am to be served on **EXXON MOBIL CORPORATION C/O CORPORATION SERVICE COMPANY, RA, 1201 HAYS STREET, TALLAHASSEE, FL 32301**

I, Terry Barfield, do hereby affirm that on the **15th day of May, 2023** at **1:00 pm**, I:

Served by delivering in a corporate manner, a true copy of the **SUMMONS, PLAINTIFF'S COMPLAINT, PLAINTIFF'S COUNSEL'S DESIGNATION OF EMAIL ADDRESSES, CIVIL COVER SHEET** with the server's identification number, initials, date, and hour of service endorsed thereon by me on the copy served to: **Sheena Black** who is employed by and is the Authorized Agent/Employee Authorized to accept service for **Corporation Service Company** as **Registered Agent for EXXON MOBIL CORPORATION**, and informed said person of the contents therein, in compliance with state statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I am over the age of 18, of sound mind and neither a party to or interested in the above suit. Notary not required pursuant to F.S. 92.525

*[signature]*

**Terry Barfield**
I.D. #269 2nd Circuit

**Thornton Process Service**
1559 West Kingsfield Rd
Cantonment, FL 32533
(850) 478-3333

Our Job Serial Number: TTH-2023004341

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2i



EXHIBIT A